

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2019

No. 04-18-00447-CR

Raul Daniel **NORRIS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR9017
Honorable Raymond Angelini, Judge Presiding

# O R D E R

Sitting:     Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice
             Irene Rios, Justice

The panel has considered Appellant's motion for rehearing; the motion is DENIED.  *See*
TEX. R. APP. P. 49.3.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 24th day of June, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court